UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-426M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JASON SMITH, | ) | |
| Defendant. | ) | |

Offense charged:

    Conspiracy; Dealing in Firearms without a License; Person under Indictment in Possession of a Firearm; Possession of a Machine Gun

Date of Detention Hearing:   September 2, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)   The defendant is charged by Complaint with conspiring to export firearms to Canada without an export license by giving money to another person to purchase firearms in the United States on his behalf, causing them to be transported to Canada, and related firearms

charges. The defendant is charged in this District in another matter, CR-05-210 RSM for Conspiracy to Distribute Marijuana, to which he pled guilty on July 29, 2005. Sentencing is set for October 14, 2005 before the Honorable Ricardo S. Martinez. The defendant was on pretrial supervision for that matter at the time he was arrested on the instant charges. He has stipulated to revocation of his appearance bond in that case.

(2) In the Pretrial Services Report of May 9, 2005, criminal records are cited that reflect prior offenses including failures to report, violation of a protection order, and a concealed weapons charge.

(3) The defendant does not contest detention.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  2nd  day of September, 2005.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge