Chief Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-0390RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| JASON D. SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow defense counsel adequate time to investigate and effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until April 17, 2006, and that the period of time from January 3, 2006, up to and including April 17, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be February 17, 2006, and that responses to motions shall be due March 3, 2006.

DONE this 29th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:  (206) 553-7970
Fax:  (206) 553-0755
E-mail:  Andrew.Friedman@usdoj.gov

s/John Henry Browne
JOHN HENRY BROWNE
Counsel for Jason D. Smith

821 Second Avenue, Suite 2200
Seattle, Washington  98104-1592
Telephone:  (206) 388-0777
Fax:  (206) 388-0780