Chief Judge Lasnik

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  UNITED STATES OF AMERICA,          )
                                      )     NO. CR05-0390RSL
10                  Plaintiff,        )
                                      )
11          v.                        )     ORDER CONTINUING TRIAL
                                      )
12  JASON D. SMITH,                   )
                                      )
13                  Defendant.        )
   _____ )

14

15         The Court has considered the Stipulation executed by the parties pursuant to 18

16  U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

17         The Court finds that continuing the trial in this case is necessary in order to

18  allow defense counsel adequate time to investigate and effectively to prepare for trial.

19         The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of

20  justice served by continuing the trial in this case outweigh the interest of the public and

21  of the defendant in a more speedy trial.

22         IT IS THEREFORE ORDERED that the trial in this case shall be continued until

23  September 25, 2006, and that the period of time from June 12, 2006, up to and

24  including September 25, 2006, shall be excludable time under 18

25  U.S.C.§ 3161(h)(8)(A); and

26  //

27  //

28  //

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this

2   case shall be July 14, 2006, and that responses to motions shall be due July 28, 2006.

3    DONE this 8th day of June, 2006.

4

5                                              _MM S Lasnik_

6                                              Robert S. Lasnik
                                               United States District Judge
7

8   Presented by:

9

    s/Andrew C. Friedman
10  ANDREW C. FRIEDMAN
    Assistant United States Attorney
11

12  United States Attorney's Office
    700 Stewart Street, Suite 5220
13  Seattle, Washington  98101-3903
    Telephone:  (206) 553-7970
14  Fax:  (206) 553-0755
15  E-mail:  Andrew.Friedman@usdoj.gov

16

17

18  s/John Henry Browne/telephonic approval
    JOHN HENRY BROWNE
19

20  s/Jessica Riley/telephonic approval
    JOHN HENRY BROWNE
21

22  Counsel for Jason D. Smith
    821 Second Avenue, Suite 2200
23  Seattle, Washington  98104-1592
    Telephone:  (206) 388-0777
24  Fax:  (206) 388-0780

25

26

27

28

ORDER CONTINUING TRIAL/SMITH (CR05-0390RSL) - 2